# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. MJ 20-04-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| CHRISTOPHER BROWN, | |
| Defendant. | |

Upon Defendant Brown's Motion to Vacate the Detention Hearing;

IT IS HEREBY ORDERED that the Detention Hearing, presently set for Thursday, January 30, 2020, at 10:00 a.m., is VACATED.

DATED this <u>29th</u> day of January, 2020.

_____
John Johnston
United States Magistrate Judge